JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS BARRERA, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>LARGO CONCRETE, INC., a California corporation; and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No. 5:17−cv−02178−FMO−KK<br><br>*ASSIGNED TO HONORABLE FERNANDO M. OLGUIN*<br><br>**ORDER GRANTING JOINT STIPULATION [14] TO REMAND TO STATE COURT**<br><br>Trial Date: TBA |

The Court, having considered the Joint Stipulation Regarding Remand and GOOD CAUSE having been shown, **IT IS HEREBY ORDERED THAT**:

This action is remanded to San Bernardino Superior Court.

Dated: November 30, 2017

/s/
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

Firmwide:151476906.1 095381.1001